UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSHUA GRAYBEAL, ET AL. | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-487-SDJ |
| JB HUNT TRANSPORT, INC., ET AL. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 13, 2022, the Report of the Magistrate Judge, (Dkt. #58, Sealed), was entered containing proposed findings of fact and recommendations that the proposed settlement in this matter be accepted as being in the best interest of the Minor Plaintiff, and the Parties' proposed Agreed Final Judgment be entered.

Having received the Report of the United States Magistrate Judge, the objection period thereto having been waived, the Court determines that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore **ORDERED** that the Parties' proposed settlement agreement is accepted as being in the best interests of the Minor Plaintiff. It is further **ORDERED** that this civil action is **DISMISSED with prejudice.**

2

The Court will separately enter the Agreed Final Judgment. The guardian ad litem is awarded compensation in the amount of $5,000.00, to be paid by Defendants, and is hereby discharged from any further duties or obligations in this case.

**So ORDERED and SIGNED this 2nd day of August, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE